UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,                          Case No. 3:23-cr-20-1

vs.

ROBERT HOLMES,                  District Judge Michael J. Newman
                                      Magistrate Judge Caroline H. Gentry

       Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 113); (2) GRANTING THE PARTIES' JOINT MOTION FOR A CHANGE OF PLEA (Doc. No. 103); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 3 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 113), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The parties' joint motion to change plea (Doc. No. 103) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Count 3 of the Indictment, which charges him with possession of a firearm in furtherance of a serious drug offense, in violation of 18 U.S.C. § 924(c)(l)(A)(i). The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

      **IT IS SO ORDERED.**

August 13, 2025                       s/*Michael J. Newman*
                                          Hon. Michael J. Newman
                                          United States District Judge